TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Boulevard
Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Nicole Ostman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Ostman, <br><br> Plaintiff, <br><br> vs. <br><br> One Main Financial Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-00714-JJT <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY ACTION** |

Plaintiff does not oppose Defendant's Motion to Compel Arbitration and agrees to submit this matter to arbitration.  However, Plaintiff does oppose Defendant's request to dismiss Plaintiff's case.  A dismissal is entirely inappropriate. Instead, Plaintiff respectfully requests that this Court stay the proceedings pending arbitration.

Dated this 24th day of June, 2014.

> LEMBERG LAW, LLC
>
> */s/ Trinette G. Kent*
> Trinette G. Kent
> Attorney for Plaintiff,
> Nicole Ostman

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 24, 2014, I served a true copy of foregoing document(s): **Plaintiff's Response to Defendant's Motion to Compel Arbitration and to Dismiss or Stay Action.**

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 24, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants One Main Financial Services, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 24, 2014.

3

|   |   |
|---|---|
| 1 | <div align="right">_/s/ Trinette G. Kent_<br>TRINETTE G. KENT<br>Attorney for Plaintiff</div> |

<div align="right">

  _/s/ Trinette G. Kent_
  TRINETTE G. KENT
  Attorney for Plaintiff

</div>