NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Ostman, | No. CV-14-00714-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| One Main Financial, Inc., *et al.*, | |
| Defendants. | |

The Court having reviewed the Parties' Stipulation to Dismiss with Prejudice (Doc. 24), and good cause appearing,

IT IS ORDERED dismissing this matter with prejudice, each party to bear its own attorney fees and costs.

Dated this 18th day of September, 2014.

Honorable John J. Tuchi
United States District Judge